CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
### CRIMINAL DOCKET FOR CASE #: 2:26-mj-00476-CMV-1

Case title: USA v. Collins                                     Date Filed: 07/23/2026

Other court case number: 1:25cr00049-005 Western District of Virginia    Date Terminated: 07/28/2026

Assigned to: Magistrate Judge Chelsey M.
Vascura

**Defendant (1)**

**Jashawn Collins**                 represented by    **Rosana E. Brown**
*TERMINATED: 07/28/2026*                             Federal Public Defender
                                                     Southern District of Ohio
                                                     10 W. Broad St., Ste. 1020
                                                     Columbus, OH 43215
                                                     614-469-2999
                                                     Fax: 614-469-5999
                                                     Email: rosie_brown@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or Community
                                                     Defender Appointment*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

**Plaintiff**

**USA**                            represented by    **Damoun Delaviz**
                                                     DOJ-USAO
                                                     303 Marconi Boulevard

Suite 200
Columbus, OH 43215
614-469-5715
Email: damoun.delaviz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2026 | 1 | Rule 5(c)(3) Documents Received as to Jashawn Collins. (Attachments: # 1 Arrest Warrant) (agm) (Entered: 07/23/2026) |
| 07/23/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Chelsey M. Vascura:Initial Appearance in Rule 5(c)(3) Proceedings as to Jashawn Collins held on 7/23/2026. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 3 | Due Process Protections Act Order as to Jashawn Collins. Signed by Magistrate Judge Chelsey M. Vascura on 7/23/2026. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 4 | CJA 23 Financial Affidavit by Jashawn Collins. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 5 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Jashawn Collins. Signed by Magistrate Judge Chelsey M. Vascura on 7/23/2026. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 6 | WAIVER of Rule 5(c)(3) Hearing by Jashawn Collins. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 7 | ORAL MOTION for Hearing by USA as to Jashawn Collins. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 8 | ORAL ORDER granting 7 Motion for Hearing as to Jashawn Collins (1). Signed by Magistrate Judge Chelsey M. Vascura on 7/23/2026. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 9 | ORDER OF TEMPORARY DETENTION as to Jashawn Collins. Detention Hearing set for 7/28/2026 02:00 PM in Courtroom 203 - Columbus before Magistrate Judge Kimberly A. Jolson. Signed by Magistrate Judge Chelsey M. Vascura on 7/23/2026. (wam) (Entered: 07/23/2026) |
| 07/23/2026 | 10 | NOTICE OF HEARING as to Jashawn Collins: Preliminary Hearing set for 7/28/2026 02:00 PM in Courtroom 203 - Columbus before Magistrate Judge Kimberly A. Jolson. (wam) (Entered: 07/23/2026) |
| 07/24/2026 |  | NOTICE TERMINATING HEARING - The Preliminary Hearing set for 7/28/2026 at 2pm is VACATED; Defendant was indicted. (agm) (Entered: 07/24/2026) |
| 07/28/2026 | 12 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson: Detention Hearing as to Jashawn Collins held on 7/28/2026 (Recorded By: CourtSmart) (jr) (Entered: 07/28/2026) |
| 07/28/2026 | 13 | ORDER Setting Conditions of Release as to Jashawn Collins (1) OR bond. Signed by Magistrate Judge Kimberly A. Jolson on 7/28/26. (jr) (Entered: 07/28/2026) |
| 07/28/2026 | 14 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Jashawn Collins. Defendant to appear in Western District of Virginia. Signed by Magistrate Judge Kimberly A. Jolson on 7/28/26. (jr) (Entered: 07/28/2026) |