AO 199ABC (S.D. Ohio Rev. 11/24)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio
Eastern    Division At    Columbus

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   2:26-mj-476 |
| Jashawn Capri Collins | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release be subject to the following conditions:

    (1)   The defendant must not violate any federal, state, or local law while on release.

    (2)   The defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

    (3)   The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

    (4)   The defendant must immediately advise the court and defense counsel in writing before making any change of residence or telephone number.

    (5)   The defendant must appear in court as required and must surrender as directed to serve any sentence imposed.

        The defendant must appear at *(if blank, to be notified)* _____

                                                                        *Place*

    on _____

                                    *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ )   (6) The defendant promise to appear in court as required and surrender to serve any sentence imposed.

(   )   (7) The defendant execute an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release be subject to the conditions marked below:

( )(8)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is organization)* _____

City and State _____    Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance  at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____

*Custodian or Proxy/Date*

( ✓ )(9)  The defendant must:

( ✓ ) (a)    submit to supervision and report for supervision to the  Pretrial Services _____
telephone number   614-719-3070_____ , no later than  as directed_____ .

(  ) (b)    execute a bond or an agreement to forfeit upon failing to appear as required the following sum money or designated property: _____

(  ) (c)    post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____ .

(  ) (d)    execute a bail bond with solvent sureties in the amount of $ _____ .

( ✓ ) (e)    continue or actively seek employment.

(  ) (f)    continue or start an education program.

(  ) (g)    surrender any passport to:   Clerk of Courts.

(  ) (h)    not obtain a passport or other international travel document.

(  ) (i)    abide by the following restrictions on personal association, residence, or travel:
Travel restricted to Southern District of Ohio .

(  ) (j)    avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:

(  ) (k)    get medical or psychiatric treatment: _____

(  ) (l)    return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):

(  ) (m)    maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(  ) (n)    not possess a firearm, destructive device, or other dangerous weapons.  All firearms in the home in which the defendant resides to be removed and verification by the defendant provided to the Pretrial Services Officer.

(  ) (o)    not use alcohol   (  ) at all  (  )  excessively.

( ✓ ) (p)    not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

## ADDITIONAL CONDITIONS OF RELEASE

( ✓ ) (q)  submit to testing for a prohibited substance if required by the Pretrial Services Office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing.

( ✓ ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.

( ) (s)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
( ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ✓ ) (t)  participate in mental health treatment as directed by the Pretrial Services Officer.

( ) (u)  participate in specialized treatment for pretrial defendants charged with a sex offense, as directed by the Pretrial Services Officer.

( ) (v)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. following the location restriction component (check one):

    ( ) (1) **Curfew.** You are restricted to your residence every day ( ) from_____to_____, or () as directed by the pretrial services office or supervising officer; or

    ( ) (2) **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

    ( ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

    ( ) (4) **Stand Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

    ii. submit to the following location monitoring technology (**check one**):

    ( ) (1) Location monitoring as directed by the pretrial services or supervising officer; or

    ( ) (2) GPS; or

    ( ) (3) Radio Frequency; or

    ( ) (4) Voice Recognition; or

    ( ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g. locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    iii. ( ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

AO 199ABC (9.19; Ohio Rev. 11/24)

(   ) (w) **Computer Monitoring.** You are subject to the following computer/internet restrictions, which may include manual inspection of any internet-capable device (such as a computer, cell phone, or gaming system), and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.

    (   ) (i) **No Computers**- defendant is prohibited from possession and/or use of computers or connected devices.

    (   ) (ii) **Computer- No Internet Access**- defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.).

    (   ) (iii) **Computer With Internet Access**- defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services ( ) at home ( ) for employment purposes.

    (   ) (iv) **Consent of Other Residents**- by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(   ) (x) No contact with minors.

(   ) (y) Not possess any device that is capable of creating pictures or videos, including but not limited to cellular telephones (unless monitored by Pretrial Services).

(   ) (z) Not to possess, view, listen to or frequent any location where any form of pornography, sexually stimulating performances or sexually oriented material, item or services are available.

(   ) (aa) Comply with conditions of other court-imposed supervision and allow information regarding federal supervision adjustments to be shared with the supervising officer.

(   ) (bb) No gambling, directly or indirectly, and not enter any gambling establishment.

(   ) (cc) Resolve active warrants.

(   ) (dd) Release is stayed until a bed at an inpatient substance abuse treatment facility is available.

(   ) (ee) Defendant is permitted to have one monitored Android cell phone. All other internet connected devices are to be removed from the home.

(   ) (ff) Not possess animals. All animals in the home in which the defendant resides are to be removed and verification by the defendant provided to the Pretrial Services Officer.

(   ) (gg) Defendant shall not possess, view, or listen to material displaying harm to animals.

(   ) (hh) Reside in a sober living program approved by Pretrial Services.

(   ) (ii) Notify employer of the instant alleged offense as recommended by the Pretrial Services officer.

(   ) (jj) Release is stayed for location monitoring to be established

(   ) (kk) Resolve any active warrants and comply with any orders for any pending state case.

(   ) (ll) Comply with all orders in any pending state case.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court which could result in imprisonment, a fine, or both.

While on release, if you commit a federal offense, you will receive an additional consecutive prison term of not more than ten years if the offense is a felony and not more than a year if the offense is a misdemeanor

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

2932 Barclay Sq. N.
*Address*

Columbus OH 43209
*City and State*

614 - 479 - 7436
*Telephone Number*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.


Date: June 28, 2026                                  s/Kimberly A. Jolson

_____

*Judicial Officer's Signature*


Kimberly A. Jolson, United States Magistrate Judge

*Printed name and title*