**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,**
**BOND/DETENTION HEARING**

**Case No.:  1:25cr00049-005**                     **Date:  07/31/2026**

| Defendants: | Counsel: |
|---|---|
| **Jashawn Collins, Bond** | **Seth Weston, CJA APPT.** |

TIME IN COURT:  2:08 – 2:24 p.m.
TOTAL: 16 minutes

PRESENT:

| | |
|---|---|
| JUDGE: | Pamela Meade Sargent |
| Deputy Clerk: | Robin Bordwine |
| Court Reporter: | Robin Bordwine, FTR |
| U. S. Attorney: | Carrie Macon |
| USPO: | Brooke Rhymer |
| Case Agent: | Stephen Levesque, ATF |

## INITIAL APPEARANCE

☒    Initial Appearance.  Defendant advised of charges, rights and nature of proceedings.

## ARRAIGNMENT

☒    Defendant waives reading of the Superseding Indictment.
☒    Defendant is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | Count 1 of the Superseding Indictment | | |

☒    Jury Trial scheduled October 26-30, 2026, in Abingdon before Judge Ballou.
☒    Defendant executed Waiver of Speedy Trial.

## BOND

☒    Government is not seeking detention.
☒    Defendant released on $10,000 unsecured bond with following conditions imposed:

(1)  The defendant must:
   (2)  The defendant shall avoid contact outside the presence of his counsel with any alleged victims or potential witnesses regarding his case, including co-defendants.
   (3)  The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant.  The defendant shall continue to reside at his

current residence on Barclay Street and shall not change residences without the permission of the probation officer.

(4) The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose. The defendant shall abstain from the use of marijuana.

(5) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.

(6) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer; shall submit to random pill counts as directed by the probation officer.

(7) The defendant shall not travel outside the Western District of Virginia or the Southern District of Ohio without obtaining permission from the probation officer. The defendant may travel freely within these districts to attend court appearances or to consult with counsel.

(8) The defendant shall submit to warrantless search and seizure of his person and property as directed by the probation officer for the purpose of determining if he is in compliance with his conditions of pretrial release.

(9) The defendant shall actively seek and/or maintain employment.

(10) If the defendant possesses a passport, he shall surrender his passport to the U.S. Probation Office to be held pending further order of the court; if the defendant does not currently possess a passport, the defendant shall not apply to obtain a passport.

(11) The defendant shall not associate with any known users/possessors/distributors or manufacturers of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used, possessed, manufactured and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.

(12) The defendant shall restrain any animals on the premises of his residence in a way to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety. All animals on the premises must be currently vaccinated for rabies and must provide proof of vaccinations as requested by the U.S. Probation Officer. All

(13) The defendant is to submit to a substance abuse and/or mental health assessment as directed by his supervising officer. The defendant shall comply with all substance abuse and/or mental health treatment, counseling, and services as recommended by defendant's supervising officer and or treatment providers. The defendant must fully participate in and complete all recommended programs and may not leave any program without permission of his supervising officer or the Court.

(14) The defendant shall allow his supervising officer open communication with any treatment agencies or health care providers for the purpose of monitoring his compliance with all treatment requirements.