**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:25-cr-00049** |
| | : | |
| **TERRY ALEXANDER HEADEN ET AL.** | : | |

# NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States intends to offer evidence under Rules 702, 703, and 705 of the Federal Rules of Evidence in its case-in-chief at trial in this case.

## 1. Notice of Evidence under Rules 702, 703, and 705

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides the following disclosure concerning expert testimony that the United States plans to introduce pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. The United States reserves the right to offer additional testimony by these experts, or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefor, based on information perceived by or made known to the experts before or during trial. The United States does not concede that the below noticed witness's testimony is properly considered expert testimony, but it provides this notice in an abundance of caution.

### A. Special Agent Stephen Levesque, Bureau of Alcohol, Tobacco, and Firearms

The United States intends to offer the expert testimony of Special Agent (SA) Stephen Levesque, who is employed by the Bureau of Alcohol, Tobacco, and Firearms (ATF). His curriculum vitae is attached, which includes a list of trials in which he has testified in the previous four years as an expert. *See* Ex. 1. SA Levesque has not authored any publications in the previous

ten years. He will testify based on his education, training, and experience as a special agent conducting criminal investigations related to illegal drugs, firearms, and ammunition with the ATF.

SA Levesque is expected to testify as to common distribution amounts of methamphetamine and fentanyl, the appearance and common packaging of methamphetamine and fentanyl, words used to describe or name quantities of methamphetamine and fentanyl, code words used in the sale and distribution of methamphetamine and fentanyl, materials used in the sale and distribution of methamphetamine and fentanyl, and common ways drug dealers are paid for methamphetamine and fentanyl. Specifically, SA Levesque is expected to offer the following opinions:

- it is common for drug traffickers to utilize code words and phrases when discussing the illegal distribution of narcotics;

- fentanyl and methamphetamine can be sold or distributed in amounts referred to as "points"; "zips"; "grams"; "8-balls," "pounds"; "halves/half", and other amount-related code words;

- code words and phrases are commonly used in the sale and distribution of narcotics including, but not limited to:

    - A "point": one tenth (0.1) of a gram;
    - g: gram of narcotics
    - ½ or half: half ounce or half pound of narcotics
    - q: quarter ounce or quarter pound of narcotics
    - qp: quarter pound of narcotics
    - zip: ounce of narcotics
    - 8/eight-ball/ball/basketball: approximately 3.5 grams of narcotics
    - whole: pound of narcotics
    - ice: crystal methamphetamine
    - bread: money
    - front: giving narcotics before payment
    - hard: crystal methamphetamine
    - cream: methamphetamine
    - go: methamphetamine
    - clear: methamphetamine
    - slow/slo: fentanyl or heroin

  - fenty: fentanyl
  - chow: fentanyl
  - food: fentanyl
  - purple/brown/white/other color variations: fentanyl
  - pinks: pills
  - play: a drug transaction
  - ticket: cost
  - trap: location where from where dealers sell drugs
  - water: methamphetamine
  - band: $1,000
  - strap/pole: gun
  - soft: cocaine/fentanyl/heroin

- drug dealers often use and/or accept cash and and/or money transfer applications such as CashApp during drug transactions; and

- drug dealers often possess or carry firearms to protect their product and proceeds.

Agent Levesque is also expected to testify that the firearm seized from inside 65 Duke Drive, Charles Williams's residence, a SMITH & WESSON; Model: SD9VE; Caliber: 9; Type: PISTOL; S/N: FEC9164, is a firearm as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3).

---

Stephen Levesque
SA Stephen Levesque, ATF

[continued on next page]

**B. Lab Experts**

Absent a signed stipulation of the parties, the United States may offer the expert testimony of the below listed individuals ("lab experts"). Each of the lab experts is expected to testify consistent with the lab reports they prepared in this case or related cases, which are attached and noted below. Each lab expert is expected to testify he or she applied the scientifically accepted techniques and testing methods detailed in each report. Each lab expert's statement of qualifications and/or curriculum vitae is attached. A list of cases in which each lab expert has testified as an expert during the previous four years, as well as a list of publications each has authored, is either attached as a separate exhibit or is included in the lab expert's statement of qualifications/curriculum vitae. In addition to using detailed scientific techniques and testing methods, each lab expert is expected to also testify based on his/her knowledge, skill, experience, training, and education, as reflected in his/her statement of qualifications/curriculum vitae, to reach the opinions stated in his/her report. Each lab expert's findings and opinions are set forth in his/her report, which are incorporated by reference under Rule 16(a)(1)(G)(iv) of the Federal Rules of Criminal Procedure.[1]

- Ximena Quintero-Moreno, DEA
  - Report (Bates No. USA-002773): Exhibit 2
  - Curriculum Vitae: Exhibit 3
- Jeffrey A. Lamb, DEA
  - Reports (Bates Nos. USA-002961; -4955; -4961): Exhibits 4–6
  - Curriculum Vitae: Exhibit 7

[1] Each lab expert signed his/her report, which contains all his/her opinions and the bases and reasons for them. Therefore, consistent with Rule 16(a)(1)(G)(v), they have not signed this Notice.

- David K. Rees, DEA
    - Report (Bates No. USA-004964): Exhibit 8
    - Curriculum Vitae: Exhibit 9
- Bryana Parlock, Virginia Department of Forensic Science
    - Reports (Bates Nos. USA-000410; USA-000432; USA-000723): Exhibits 10–12
    - Statement of Qualifications: Exhibit 13
    - List of Expert Testimony: Exhibit 14
- Melissa Brill, Virginia Department of Forensic Science
    - Reports (Bates Nos. USA-000817; USA-004969 through -4974): Exhibits 15–16
    - Statement of Qualifications: Exhibit 17
    - List of Expert Testimony: Exhibit 18
- Cristina Chilcott, Virginia Department of Forensic Science
    - Report (Bates No. USA-000778): Exhibit 19
    - Statement of Qualifications: Exhibit 20
    - List of Expert Testimony: Exhibit 21
- Sarah Blake, Virginia Department of Forensic Science
    - Reports (Bates Nos. USA-000053; USA-000750): Exhibits 22–23
    - Statement of Qualifications: Exhibit 24
    - List of Expert Testimony: Exhibit 25

[Continued on Next Page]

- Zachary Lutz, Virginia Department of Forensic Science
  - Report (Bates No. USA-000697): Exhibit 26
  - Statement of Qualifications: Exhibit 27
  - Notice including list of expert testimony and information regarding publications: Exhibit 28
- Derek Price, Virginia Department of Forensic Science
  - Report (Bates No. USA-000684): Ex. 29
  - Statement of Qualifications: Exhibit 30
  - List of Expert Testimony: Exhibit 31

Respectfully Submitted,

Carrie Macon
Corey Hall
Assistant United States Attorneys

/s/ Carrie Macon
Carrie Macon
Assistant United States Attorney
Virginia Bar No. 95879
United States Attorney's Office
180 W. Main Street, Suite B19
Abingdon, Virginia 24210
Telephone: 276-628-4161
Fax: 276-628-7399

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Carrie L. Macon
Assistant United States Attorney