# STATEMENT OF QUALIFICATIONS

Stephen H. Levesque, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bristol, Virginia

I, Stephen H. Levesque, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and its predecessor, and have been so employed since April 2007. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined firearms and ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearm traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state, and local law enforcement agencies with firearm traces.

4. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    - Newport News Police Department Police Academy, Newport News, Virginia
    - Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, GA
    - Special Agent Basic Training, ATF National Academy, Glynco, Georgia
    - Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, W.V.
    - Toured the Smith and Wesson firearm manufacturing facility in Maryville, TN.

5. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, W.V., I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 5,000 firearms.

6. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries.

7. That my expertise is relative to the various disciplines of firearms and ammunition to include interstate nexus, which has been requested and recognized by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

8. That I have also accumulated a personal reference library of firearms and ammunition related publications such as:

   *Cartridges of the World*
   *Gun Digest*
   *Flayderman's Guide to Antique American Firearms*
   *Blue Book of Gun Value*
   *The Standard Directory of Proof Marks*
   *The Gun Digest Book of Modern Gun Values*
   *Firearms: Curios or Relics List*

9. In the last four years, I have testified as a Nexus Expert at the following trials:

   - 2020: Tracy Brown
   - 2021: Daniel Rowland
   - 2024: Rodney Pickett

   **Prior to the changes in Federal Rule of Criminal Procedure 16, I did not keep record of the trials in which I provided testimony. This list was compiled by memory to the best of my recollection.*

[signature]

Stephen H. Levesque
Special Agent