Ximena E. Quintero Moreno
M.S. Forensic Science
B.S. Chemistry
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
Mid-Atlantic Laboratory
Largo, MD

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Qualified as an expert witness in the identification of controlled substances and testified on 16 occasions. Recent testimony:

- June 2, 2026, U.S. District Court - Eastern District of Tennessee (Knoxville), *US v. Bryan Hardison*
- April 14, 2026, U.S. District Court - Northern District of West Virginia (Clarksburg), *US v. Mike Sheriff et al*
- January 8, 2026, U.S. District Court - District of Maryland (Baltimore), *US v. Anton Jenifer, et al*
- Sept. 24, 2025, U.S. District Court - Northern District of West Virginia (Clarksburg), *US v. Emmitt Richardson*
- July 18, 2025, U.S. District Court - Middle District of Georgia (Valdosta), *USA v. Smith et. al*
- June 2, 2025, U.S. District Court- Western District of Kentucky (Louisville), *USA v. Gunter, Hamilton, Shaw, et al*
- May 14, 2025, U.S. District Court- Washington (District of Columbia), *USA v. Grayson, et. al*
- January 24, 2025, U.S. District Court - Middle District of Georgia (Valdosta), *USA v. Smith et. al*
- August 21, 2024, U.S. District Court - Northern District of West Virginia (Martinsburg), *USA v. Moore*
- July 25, 2024, U.S. District Court - Northern District of Georgia (Atlanta), *USA v. Ramirez*
- January 10, 2024, State of Virginia - Danville Circuit Court (Danville), *Commonwealth of Virginia v. Hodnett*
- November 2022, U.S. District Court - Western District of Kentucky (Louisville), *US v. Trammell*
- April 2022, State of North Carolina - Forsyth County Superior Court (Winston-Salem), *State v. Guzman*

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**

*Forensic Chemist, Mid-Atlantic Laboratory (Largo, MD), October 2018-Present*

- Analyze submitted evidence for the presence of controlled and non-controlled substances
- Provide testimony as an expert witness on drug analysis
- Perform maintenance and troubleshooting of instruments in the laboratory
- Provide technical assistance to law enforcement
- Clandestine Laboratory Coordinator

*Training*

- DEA South-Central Laboratory, Level A recertification (Dallas, TX), 2024
- Public Speaking Course (Quantico, VA), February 2024
- DEA South-Central Laboratory, Level A recertification (Dallas, TX), 2022
- Clandestine Laboratory High Hazard Level A Certification Course Class 35, Del Valle Training Center (Castaic, CA) – February 2022
- Clandestine Laboratory Advanced Specialist Course Class 39, Camp Upshur (Quantico, VA) - April 2020
- Drug Enforcement Administration Basic Clandestine Laboratory Class 77, DEA Training Academy (Quantico, VA) - September 2019
- DEA Basic Forensics Chemist Training Program, DEA Training Academy (Quantico, VA), October 2018-February 2019

*Physical Science Technician (Sterling, VA), January 2017-October 2018*

- Perform monthly verifications on various analytical instruments
- Troubleshoot and maintain various analytical instruments.
- Extract different methamphetamine batches for Gas Chromatography Mass Spectrometry (GC/MSD) and

Capillary Electrophoresis (CE) analysis

*Training*

- Agilent- Practical Gas Chromatography Axion, Analytical Labs (Chicago, IL), 2018
- Agilent 5973/5975 GC/MSD Troubleshooting and Maintenance, Agilent Technologies (Alpharetta, GA), 2017

**PRINCE GEORGE'S COUNTY POLICE DEPARTMENT**
*Forensic Chemist II, (Largo, MD), July 2015-January 2017*

- Analyzed submitted evidence for substance identification following standardized operational procedures (SOP) and quality assurance practices.
- Testified as an expert witness to explain analytical procedures and discuss findings.
- Performed maintenance and troubleshooting in instruments in the laboratory

*Training*

- Certified as a Chemist by the Maryland State Department Health and Human Hygiene to analyze controlled substances.

**QUEST DIAGNOSTICS NICHOLS INSTITUTE**
*Medical Technologist II, (Chantilly, VA), March 2012-July 2015*

- Conducted preliminary analysis for drugs-of-abuse in urine, blood/serum, meconium, and breast milk using DSX automated ELISA Immunoassay System and Olympus Chemistry.
- Prioritized sample extraction batches proactively based on a two-day turn-around time.
- Performed different liquid-liquid and solid-phase extractions on 150-200 biological specimens per day for drugs and their drug metabolites.
- Executed alcohol analysis using Headspace Gas Chromatography equipped with a Flame Ionization Detector (FID) on urine and blood samples.

## EDUCATION AND CERTIFICATIONS

George Mason University, Fairfax, VA
Master of Science (M.S.), 2016
Forensic Science

University of Maryland, College Park, MD
Bachelor of Science (B.S.), 2011
Chemistry

## PROFESSIONAL AFFILIATIONS

Regular Member, Clandestine Laboratory Investigating Chemists Association 2020-Present

## PRESENTATIONS AND LECTURES

- Co-presenter, Basic Clandestine Laboratory Recertification, DEA Mid-Atlantic Laboratory (Largo, MD), 2020-2025
- Subject Matter Expert, BFCC 23 – Gas Chromatography, (Quantico, VA), 02/2023

## PUBLICATIONS

Rapid orthogonal screening of forensic drugs using a compact UHPLC-PDA/SQD; a complement to GC-MS, Forensic Science International, Volume 318, November 2020