Jeffrey Lamb
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
Mid-Atlantic Laboratory
Largo, Maryland

## AREA OF EXPERTISE

**Forensic Discipline**

- Seized Drug Analysis

**Expert Testimony**

- Qualified and testified more than 60 times as an expert witness. Recent testimony:
  - May 8, 2026, US District Court, Lexington, KY, *US v. Sanders*
  - November 4, 2025, US District Court, Charleston, SC, *US v. Jefferson*
  - September 24, 2025, US District Court, Clarksburg, WV, *US v. Richardson*
  - September 18, 2025, US District Court, Louisville, KY, *US v. Stone*
  - July 23, 2025, US District Court, Valdosta, GA, *US v. Smith, et. al*
  - June 2, 2025, US District Court, Louisville, KY, *US v. Gunter, et. al*
  - May 29, 2025, US District Court, Raleigh, NC, *US v. Holder*
  - March 5, 2025, US District Court, Clarksburg, WV, *US v. Johnson, et. al*
  - February 25, 2025, US District Court, Athens, GA, *US v. Hewlett*
  - January 23, 2025, US District Court, Valdosta, GA, *US v. Smith, et. al*
  - September 18, 2024, Guilford County Superior Court, Greensboro, NC, *State of North Carolina v. Fair*
  - April 25, 2024, Circuit Court of Baltimore City, Baltimore, MD, *State of Maryland v. Mackey*
  - January 10, 2024, Danville Circuit Court, Danville, VA, *Commonwealth of Virginia v. Hodnett*
  - October 24, 2023, Circuit Court of Baltimore County, Towson, MD, *State of Maryland v. Arce-Marcial*
  - October 11, 2023, US District Court, Greensboro, NC, *US v. Grier*
  - September 27, 2023, US District Court, Macon, GA, *US v. Williams, et. al*
  - August 30, 2023, Circuit Court of Jefferson County, Charles Town, WV, *State of West Virginia v. Wise*
  - July 19, 2023, US District Court, Valdosta, GA, *US v. Reeves*
  - May 17, 2023, US District Court, Atlanta, GA, *US v. Touray*
  - March 1, 2023, US District Court, Greenbelt, MD, *US v. Dewitt, et. al*

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, Mid-Atlantic Laboratory (Largo, Maryland), 2016–Present*
*Forensic Chemist, Mid-Atlantic Laboratory (Largo, Maryland), 2010–2016*

- Analyze evidence for the presence of controlled substances using a variety of analytical instrumentation and chemical techniques, including Gas Chromatography (GC), Gas Chromatography-Mass Spectrometry (GC-MS), Liquid Chromatography (LC), Liquid Chromatography-Mass Spectrometry (LC-MS), Direct Analysis in

Real Time-Mass Spectrometry (DART-MS), Ultraviolet-Visible Spectroscopy (UV-VIS), Fourier Transform-Infrared Spectroscopy (FT-IR), Nuclear Magnetic Resonance (NMR), Capillary Electrophoresis (CE), color tests, immunoassay tests, and microscope exams

- Analyzed more than 4,500 exhibits
- Provide testimony as an expert witness on the analysis of controlled substances
- Perform troubleshooting and maintenance on analytical instrumentation in the laboratory
- Create analytical methods for LC and LC-MS instruments
- Assist law enforcement in the identification and processing of clandestine laboratories
- Provide consultation to attorneys and law enforcement officers regarding the technical aspects of evidence analysis and expert testimony
- Served as clandestine laboratory coordinator for the Mid-Atlantic Laboratory (2016-2020)

*Training*

- MX908 Portable Mass Spectrometer Training
  MX908 Devices (Largo, MD), 2025
- TSQ Fortis™ Plus Triple Quadrupole Mass Spectrometer Training
  Thermo Fisher Scientific (Largo, MD), 2024
- DEA Clandestine Laboratory Advanced Site Safety School No. 31
  DEA Training Academy (Quantico, VA), 2018
- Agilent 6500 Series Q-TOF LC/MS Techniques and Operation for Small Molecules
  Agilent Technologies (Vista, CA), 2016
- Empower 3 Fundamentals Using the Pro Interface
  Waters Corporation (Largo, MD), 2015
- Maintaining ACQUITY UPLC Systems (Classic, H-Class and I-Class)
  Waters Corporation (Columbia, MD), 2015
- Agilent GC and GC/MS Usage, Problem Solving, Diagnostics, and Method Development
  Agilent Technologies (Largo, MD), 2014
- DEA Clandestine Laboratory Level A School No. 7
  Del Valle Training Center (Santa Clarita, CA), 2014
- Gas Chromatography Software Operation
  Agilent Technologies (Quantico, VA), 2013
- Gas Chromatography-Infrared Spectrometry Operation and Maintenance
  Analytical Solutions and Providers (Largo, MD), 2012
- Phencyclidine (PCP) Sampling Techniques
  DEA Mid-Atlantic Laboratory (Largo, MD), 2011
- Clandestine Laboratory Investigation / Safety Certification Program
  DEA Training Academy (Quantico, VA), 2011
- Basic Forensic Chemist Training Program
  DEA Mid-Atlantic Laboratory (Largo, MD), 2010-2011

## EDUCATION AND CERTIFICATIONS

Goucher College, Towson, Maryland

- Bachelor of Arts, Chemistry, 2007

## PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigators Association (CLIA), member, 2015-2024