David K. Rees
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
Mid-Atlantic Laboratory
Largo, MD

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drugs

**Expert Testimony**

- Qualified approximately 72 times as an expert witness in Forensic Chemistry, Forensic Drug Analysis and/or Analysis of Controlled Substances
  - United States District Court - Eastern District of Virginia
  - United States District Court - Western District of Virginia
  - United States District Court - Middle District of Georgia
  - United States District Court - Southern District of Georgia
  - United States District Court - Northern District of Georgia
  - United States District Court - Eastern District of Tennessee
  - United States District Court - Western District of Tennessee
  - United States District Court - District of Maryland
  - United States District Court - Northern District of West Virginia
  - United States District Court - Middle District of Pennsylvania
  - United States District Court - Eastern District of Kentucky
  - States Circuit Court - West Virginia
  - Superior Court – Pitt County, North Carolina
  - Superior Court – Orange County, North Carolina
  - Superior Court of the District of Columbia

- Recent Testimony
  - June 30, 2026, US District Court – Athens, GA (US v Josue Serda, et. al.)
  - April 28, 2026, Superior Court – Orange County, NC (NC v Riccy Rivera-Contreras)
  - January 13, 2026, Superior Court – Pitt County, NC (NC v Lobelia Williams)
  - September 15, 2025, US District Court – Atlanta, GA (US v Contreras-Sandoval, et. al.)
  - July 18, 2025, US District Court - Valdosta, GA (US v Calvin Smith et. al.)
  - January 27, 2025, US District Court - Valdosta, GA (US v Calvin Smith et. al.)
  - July 31, 2024, US District Court – Knoxville, TN (US v Cumecus Cates & Grady Chandler)
  - June 6, 2024, US District Court – Lexington, KY (US v Eugene Fishback)
  - July 27, 2022, US District Court - London, KY (US v Marlon Johnson)

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**

*Senior Forensic Chemist, Mid-Atlantic Laboratory (Largo, MD) 1997-2009, 2016-Present*

- Responsible for the analysis of evidence for the presence/absence of controlled substances using a variety of chemical techniques and analytical instrumentation including: color tests, microcrystalline tests, Thin Layer Chromatography (TLC), Gas Chromatography (GC), High Performance and Ultra High

Performance Liquid Chromatography (HPLC & UHPLC), Ion Mobility Spectrometry (IMS), Capillary Electrophoresis (CE), Gas Chromatography-Mass Spectrometry (GC-MS), Gas Chromatography-Infrared Detection (GC-IRD), Liquid Chromatography-Mass Spectrometry (LC-MS), Raman Spectroscopy, Fourier Transform-Infrared Spectroscopy (FT-IR), and Nuclear Magnetic Resonance Spectroscopy (NMR)

- Serve as the Laboratory Quality Assurance Specialist
- Perform maintenance and troubleshooting of laboratory instrumentation
- Provide technical support at clandestine laboratory sites
- Perform trace evidence collection upon request from law enforcement
- Provide training to federal, state, and local law enforcement on clandestine laboratory investigations, drug identification, and field testing
- Served as the Research, Validated Methods, and Proficiency Testing Program Coordinator
- Served as the Deputy Training Officer and Training Officer
- Served as a representative on the DEA Ad-Hoc Equipment Committee
- Served as a representative and Co-Chair on the DEA Forensic Chemist Technical Advisory Committee
- Served as Co-Chair of LabX Working Group.
- Analyzed approximately 5,650 exhibits

*Training*

- NMR Theory and Application (DEA, Largo, MD), 2017
- DEA LC/MS Training Workshop (DEA, Vista, CA), 2006
- GC/MS Operation and Maintenance (Agilent Technologies, Alpharetta, GA), 2004
- Capillary Electrophoresis Training Workshop (DEA, Dulles, VA), 2003
- Clandestine Laboratory Investigation and Safety School (DEA, Quantico, VA), 2002
- Mass Spectral Interpretation (American Chemical Society, Washington, DC), 2000
- LC/MS and CE/MS (Pittcon, New Orleans, LA), 2000
- Forensic Chemist Advance Technical Seminar (DEA, Arlington, VA), 1999
- Basic Forensic Chemist Training Program (DEA, Washington, DC), 1997
- Basic Forensic Chemist School #7 (DEA, Leesburg, VA), 1997

*Program Manager/Forensic Chemist, Office of Forensic Sciences, Laboratory Operations Section (Arlington, VA) 2009-2016*

- Originate studies and write plans and procedures for the management of the laboratory system programs.
- Write new policy and procedures to ensure compliance with accreditation guidelines
- Review research protocols for appropriateness to the DEA Laboratory System's mission
- Review scientific papers, intelligence reports, oral presentations, and poster presentations
- Subject Matter Expert for the chemical analysis module for the DEA's Laboratory Information Management system
- Provide training and onsite support of the DEA's Laboratory Information Management system
- Served as the Microgram editor

*Training*

- Group Supervisor's Institute No. 68 (DEA, Quantico, VA), 2010

**Pharmakinetic Laboratories Inc.**

*Analytical Chemist II, 1996-1997*

- Analyze and quantitate pharmaceuticals in a variety of biological as a part of the FDA approval process for generic drugs

- Assist in the development and validation of HPLC and GC methodologies for the quantitation of pharmaceuticals in biological matrices
- Analyze samples and interpret data in an accurate and timely manner using proper laboratory methods (GLPs) and instrumentation while adhering to scientific/regulatory standards, safety, and Standard Operating Procedures (SOPs)

## EDUCATION AND CERTIFICATIONS

University of Maryland, College Park, MD

- Masters of Science, Chemistry, May 1996

Mount Saint Mary's College, Emmitsburg, MD

- Bachelors of Science, Chemistry, Magna Cum Laude, May 1993

## PROFESSIONAL AFFILIATIONS

- American Chemical Society, Member, 1995-Present

## PRESENTATIONS AND LECTURES

- Author/Presenter, "Proteomics-Based Analysis of Human Growth Hormone (HGH)" and "Ultra-High Performance Liquid Chromatography" Joint Meeting of the Southern Association of Forensic Scientists, Mid-Atlantic Associations of Forensic Scientists, Southwestern Association of Forensic Scientists, and the Midwestern Association of Forensic Scientists, Orlando, FL, 2009
- Author/Presenter, "High Performance Liquid Chromatography and Capillary Electrophoresis in Drug Analysis" Joint Meeting of the Southern Association of Forensic Scientists, Mid-Atlantic Association of Forensic Scientists, Midwestern Association of Forensic Scientists and Canadian Society of Forensic Science, Orlando, FL, 2004
- Author/Presenter, "γ-Hydroxybutyrate and Its Analogs" Mid-Atlantic Association of Forensic Scientists Annual meeting Annapolis, MD, 2003
- Author/Presenter, "Identification and Quantitation of γ-Hydroxybutyrate in Illicit Drug Samples" Joint Meeting of the Mid-Atlantic Association of Forensic Scientists and Southern Association of Forensic Scientists, Williamsburg, VA, 2001

## PUBLICATIONS

- Wisniewski, E. S., Rees, D. K., and Chege, E. W., "Proteolytic-Based Method for the Identification of Human Growth Hormone", J. Forensic Sci., Vol. 54, No. 1, January 2009
- Kessler, R. R., Rees, D. K., and Matkovich, C. E., "Analysis of Heroin Samples Containing Quinine and Quinine-Related Compounds", DEA Laboratory Note, December 2005
- Rees, D. K., Patierno, E. R., and Wasem, S. E., "Identification and Quantitation of γ-Hydroxybutyrate in Illicit Drug Samples", Journal of Clandestine Laboratory Investigating Chemist Association, Vol. 12, No. 1, January 2002
- Rees, D. K. and Wasem, S. E., "The Identification and Quantitation of Ketamine Hydrochloride," Microgram, Vol. 33, No. 7, July 2000