Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

March 14, 2024

TO: CODY BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-2425

Your Case #: 24-2032

Victim(s): - - -

Suspect(s): STEWART, Stephen

Evidence Submitted By: Cody Bishop — Date Received: 03/06/2024
Sealed packaging containing

Item 1 — One plastic bag containing off-white crystalline substance

RESULTS AND INTERPRETATIONS:

Item 1 — 0.6998 gram of substance including innermost packaging, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 03/11/2024 - 03/14/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Bryana E. Parlock
Forensic Scientist

BP

TPS 3-15-24



Rev. 7/05