# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Bryana Parlock | **Date** | 07/27/2026 |
| **Laboratory** | Virginia Department of Forensic Science, Western Laboratory | **Section** | Controlled Substances |
| **Job Title** | Forensic Scientist | **Subdiscipline(s)** | |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Stevenson University | January 2015-May 2017 | Forensic Science | M.S. |
| Stevenson University | August 2012-May 2016 | Chemistry | B.S. |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| 2025 CFSRE Seized Drugs Online Symposium | The Center for Forensic Science Research and Education (CFSRE) | 1/13/2025-1/17/2025 |
| VA DFS Controlled Substances Section Meeting | DFS | 09/2024 |
| 2024 CFSRE Seized Drugs Online Symposium | The Center for Forensic Science Research and Education (CFSRE) | 1/22/2024-1/26/2024 |
| VA DFS Controlled Substances Section Meeting | DFS | 10/2023 |
| 2023 CFSRE Seized Drugs Online Symposium | The Center for Forensic Science Research and Education (CFSRE) | 01/23/2023-01/27/2023 |
| Virtual DEA Forensic Chemist Seminar | DEA | 09/12/2022-09/16/2022 |
| 2022 CFSRE Seized Drugs Online Symposium | The Center for Forensic Science Research and Education (CFSRE) | 01/24/2022-01/28/2022 |
| CLIC Conference | Clandestine Laboratory Investigating Chemists Association (CLIC) | 09/07/2021-09/10/2021 |
| 2021 Virtual AAFS Meeting | The American Academy of Forensic Sciences (AAFS) | 04/13/2021 |
| 2021 CFSRE Seized Drugs Online Symposium | The Center for Forensic Science Research and Education (CFSRE) | 01/18/2021 -01/22/2021 |
| 2020 Virtual SWAFS Conference | Southwestern Association of Forensic Scientists (SWAFS) | 10/05/2020- 10/08/2020 |
| VA DFS Controlled Substances Section Meeting | DFS | 12/2019 |
| VA DFS Controlled Substances Section Meeting | DFS | 09/2018 |
| VA DFS Training Program | DFS | 10/2017-09/2018 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Controlled Substances | September 2018-Present | 16 |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Clandestine Laboratory Investigating Chemists Association (CLIC) | 09/2019-present | |
| American Chemical Society | 09/2015-10/2018 | |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| **Job Title** | Forensic Scientist | **Tenure** | November 2017- present |
|---|---|---|---|
| **Employer** | Virginia Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| • Analyze physical evidence for the presence or absence of controlled substances<br>• Prepare Certificates of Analysis (CoA) on findings<br>• Testify in court as needed<br>• Serve as primary instrument operator for the Fourier Transform Infrared Spectrometer in the laboratory | | | |

| **Job Title** | Student Trainee Chemistry | **Tenure** | June 2015-August 2015, December 2015-January 2016, June 2016-August 2016, December 2016-January 2017 |
|---|---|---|---|
| **Employer** | United States Consumer Product Safety Commission | | |
| Provide a brief description of principal duties: | | | |
| •Organized and presented a Microsoft PowerPoint on summer research to fellow interns and full-time employees and demonstrated excellent communication (oral and written) and attention to detail<br>•Assisted in routine lead and phthalate testing of children's toys and products and followed instructions from the standard operating procedures (SOPs)<br>•Kept accurate records from projects and performed detail-oriented work while recording in laboratory notebook | | | |

| **Job Title** | Crime Laboratory Intern | **Tenure** | January 2016-February 2016,<br>June 2016-August 2016 |
|---|---|---|---|
| **Employer** | Montgomery County Police Crime Laboratory | | |
| Provide a brief description of principal duties: | | | |
| • Assisted with the entering and storing of drug evidence and learned about the tracking system to maintain a chain of custody for evidence<br>• Copied and then mailed copies of drug case reports for the Chemistry unit to State's Attorney Office and designated Office Districts. Filed case files to maintain records | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| |
|---|
| N/A |