Bryana Parlock-List of Expert Testimonies (2022-2026)

| | | | |
|---|---|---|---|
| 4/19/2022 | Rockingham County Circuit Court | W21-10054 | Courtland Whitelow |
| 5/4/2022 | Giles County Circuit Court | W21-1896 | Michael Lynn Stables |
| 4/24/2023 | Campbell County Circuit Court | W19-376 | Jarrett Doss |
| 5/10/2024 | Rockingham County Circuit Court | W23-2539 | Chavis Barbour |
| 9/6/2024 | Rockingham County Circuit Court | W23-10787 | Kevin Doyl Daff |
| 9/9/2024 | Lynchburg Circuit Court | W23-10318 | Lei Li |
| 9/9/2025 | Lynchburg Circuit Court | W19-11773, W19-11772, W19-11769 | Vincent Ray Edwards |
| 11/5/2025 | Rockingham County Circuit Court | W24-6975 | Daquan Omar Carter |
| 11/18/2025 | Rockingham County Circuit Court | W25-4646 | Phillip Scott Branham |
| 2/2/2026 | Rockingham County General District | W25-4649 | Perry Barnes Bellamy |
| 5/27/2026 | Campbell County Circuit Court | W24-2479 | April Lynn Dunbar |