Commonwealth of Virginia

ORIGINAL COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

September 25, 2024

TO: C. BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-9086

Your Case #: 24-149963

Victim(s): - - -

Suspect(s): STEWART, Stephen

Evidence Submitted By: USPS - 7022 0410 0001 0524 0046 — Date Received: 09/16/2024

Sealed packaging containing
Item 1 — Ziplock plastic bag containing white crystalline material

RESULTS AND INTERPRETATIONS:

Item 1 — 4.397 grams of crystalline material including innermost packaging, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 09/24/2024 - 09/25/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Melissa V. Brill
Melissa V. Brill
Forensic Scientist

MVB

BP
9-26-24



Rev. 7/05

USA-000817