Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

October 31, 2024

TO: C. BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-9076

Your Case #: 24-15134

Victim(s): - - -

Suspect(s): STEWART, Stephen

Evidence Submitted By: USPS - 7022 0410 0001 0524 0046 Date Received: 09/16/2024

Sealed packaging containing

| | |
|---|---|
| Item 17 | Twelve factory-sealed foil packets labeled in part "Suboxone", one of which was opened and found to contain one orange rectangular film strip with "N8" imprint |
| Item 20 | Two ziplock plastic bags each containing white crystalline material |

RESULTS AND INTERPRETATIONS:

| | |
|---|---|
| Item 17 | One dosage unit was analyzed and found to contain Buprenorphine and Naloxone, a Schedule III pharmaceutical preparation. [Methods: PI and GC-MS] |
| Item 20 | Total weight: 4.538 grams of material including innermost packaging. The contents of one were analyzed and found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS] |

Methods: Weight Measurement (WM), Pharmaceutical Identifiers (PI), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 10/21/2024 - 10/31/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.





1.\isc

Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Big Stone Gap Police Department
FS Lab # W24-9076
Your Case # 24-15134
October 31, 2024

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Melissa V. Brill
Melissa V. Brill
Forensic Scientist

MVB
NW
10-31-24

Commonwealth of Virginia

ORIGINAL COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

September 25, 2024

TO: C. BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-9076

Your Case #: 24-15134

Victim(s): - - -

Suspect(s): POOLE, Lisa

Evidence Submitted By: USPS - 7022 0410 0001 0524 0046    Date Received: 09/16/2024

Sealed packaging containing
Item 10    Two plastic bags each containing off-white crystalline material

RESULTS AND INTERPRETATIONS:

Item 10    Total weight: 2.622 grams of crystalline material including innermost packaging. The contents of one were analyzed and found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 09/24/2024 - 09/25/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Melissa V. Brill
Melissa V. Brill
Forensic Scientist

MVB
NW
09-27-24



Rev. 7/05

Commonwealth of Virginia

ORIGINAL COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

September 25, 2024

TO: C. BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-9076

Your Case #: 24-15134

Victim(s): - - -

Suspect(s): SHULER, Amanda

Evidence Submitted By: USPS - 7022 0410 0001 0524 0046 Date Received: 09/16/2024

Sealed packaging containing
Item 1 Two ziplock plastic bags each containing white crystalline material

RESULTS AND INTERPRETATIONS:

Item 1 Total weight: 3.264 grams of crystalline material including innermost packaging. The contents of one were analyzed and found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 09/24/2024 - 09/25/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Melissa V. Brill

Melissa V. Brill
Forensic Scientist

MVB
NKW
09-27-24



Rev. 7/05

Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

November 7, 2024

TO: C. BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W24-9076

Your Case #: 24-15134

Victim(s): - - -

Suspect(s): MULLINS, Eric

Evidence Submitted By: USPS - 7022 0410 0001 0524 0046 Date Received: 09/16/2024

Sealed packaging containing

| | |
|---|---|
| Item 2 | One pink plastic container containing double layered knotted plastic bags containing tan hard material |
| Item 3 | Knotted plastic bag containing grey hard material |
| Item 4 | One knotted plastic bag containing white crystalline material |
| Item 5 | One prescription pill bottle containing Items 5A and 5B |
| Item 5A | Four round pink tablets with "K 56" imprint |
| Item 5B | One oval blue tablet with "Y" and "20" imprint |
| Item 13 | One ziplock plastic bag containing mushroom material |

RESULTS AND INTERPRETATIONS:

| | |
|---|---|
| Item 2 | 11.181 grams of material including innermost packaging, found to contain Fentanyl (Schedule II). [Methods: WM, CT, TLC, DART-TOF and GC-MS] |
| Item 3 | 2.456 grams of material including innermost packaging, found to contain Fentanyl (Schedule II). [Methods: WM, CT, TLC, DART-TOF and GC-MS] |
| Item 4 | 14.759 ± 0.007 grams of crystalline material, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS] |
| Item 5A | One dosage unit was analyzed and found to contain Oxycodone, Schedule II. Visual examination of the physical characteristics, including shape, color and manufacturer's markings of both the analyzed and remaining dosage units, was consistent with a pharmaceutical preparation containing Oxycodone. There was no apparent tampering of the dosage units. [Methods: PI and DART-TOF] |
| Item 5B | Tablet, found to contain Alprazolam (Schedule IV). [Methods: PI and DART-TOF] |
| Item 13 | 5.556 grams of mushroom material including innermost packaging, found to contain Psilocyn (Schedule I). [Methods: WM, CT, TLC, GC-FID-MS and GC-MS] |

Methods: Weight Measurement (WM), Pharmaceutical Identifiers (PI), Color Tests (CT), Thin Layer Chromatography (TLC), Direct Analysis in Real Time Time-of-Flight Mass Spectrometry (DART-TOF), Gas Chromatography-Flame Ionization Detection-Mass Spectrometry (GC-FID-MS) and Gas Chromatography-Mass Spectrometry (GC-MS)

Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Big Stone Gap Police Department
FS Lab # W24-9076
Your Case # 24-15134
November 7, 2024

Date(s) of testing: 10/22/2024 - 11/07/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Melissa V. Brill
Melissa V. Brill
Forensic Scientist

MVB
jm
11/8/24



Rev. 7/05