# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Melissa Brill | **Date** | June 08, 2026 |
| **Laboratory** | Western Laboratory | **Section** | Controlled Substances |
| **Job Title** | Forensic Scientist | **Subdiscipline(s)** | |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| **North Carolina State University** | **2008-2012** | **Polymer and Color Chemistry**<br>**Anthropology** | **Bachelor of Science**<br>**Minor** |
| **Georgetown University** | **2012-2014** | **Chemistry** | **Master of Science** |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| NCSCL in house training program for Drug Chemistry//Controlled Substances | North Carolina State Crime Laboratory, Western Lab, Hendersonville, NC | October 2017-March 2018 |
| Hemp Quality and Safety Testing | Waters Seminar, Columbia SC | October 2018 |
| Professional Orientation School for new Forensic Scientists | Critical Victories | July 15-19, 2019 |
| SWAFS Virtual Symposium- Drugs Track | SWAFS/ Forensic Technology Center of Excellence | Oct 5- 8, 2020 |
| 2021 Current Trends in Seized Drugs Analysis Symposium | The Center for Forensic Science Research and Education | Jan 18-22, 2021 |
| CLIC 2021 Technical Training Seminar | CLIC | Sept 7-10, 2021 |
| 2022 Current Trends in Seized Drugs Analysis Symposium | The Center for Forensic Science Research and Education | Jan 24-28, 2022 |
| 2023 Current Trends in Seized Drugs Analysis Symposium | The Center for Forensic Science Research and Education | Jan 23-27, 2023 |
| 2024 Current Trends in Seized Drugs Analysis Symposium | The Center for Forensic Science Research and Education | Jan 22-26, 2024 |
| 2025 Current Trends in Seized Drugs Analysis Symposium | The Center for Forensic Science Research and Education | Jan 13-17, 2025 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| **Drug Chemistry** | **2019- present** | **4 - NC Superior Court**<br>**11 - VA Circuit Court** |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Clandestine Laboratory Investigating Chemists Association (CLIC) | September 2019- present | |
| Southwestern Association of Forensic Scientists (SWAFS) | Jan 24, 2022 - present | |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| | | | |
|---|---|---|---|
| **Job Title** | Forensic Scientist | **Tenure** | April 2019- present |
| **Employer** | VA Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| Perform chemical analysis of evidence for the presence/absence of controlled substances, provide written laboratory reports, and testify in court as needed. | | | |

| **Job Title** | Forensic Scientist I | **Tenure** | September 2017-March 2019 |
|---|---|---|---|
| **Employer** | North Carolina State Crime Laboratory | | |
| Provide a brief description of principal duties: | | | |
| Perform chemical analysis of evidence for the presence/absence of controlled substances, provide written laboratory reports, and testify in court as needed.<br>Served as section Safety Officer | | | |

| **Job Title** | Associate Scientist | **Tenure** | January 2015-August 2017 |
|---|---|---|---|
| **Employer** | Alcami Corporation (Formally known as AAI Pharma) | | |
| Provide a brief description of principal duties: | | | |
| Responsible for testing in support of pharmaceutical product development, including assays, rate of release, moisture content, and identification testing utilizing a variety of analytical instrumentation and software<br>Responsible for instrument maintenance and trouble shooting<br>Assisted with scientific writing (such as Test Procedure, protocol, and report writing).<br>Served as a test method trainer for the department | | | |

| **Job Title** | Graduate Teaching Assistant | **Tenure** | August 2012-May2014 |
|---|---|---|---|
| **Employer** | Georgetown University | | |
| Provide a brief description of principal duties: | | | |
| Supervised and instructed students during lab and recitation<br>Responsible for Laboratory safety | | | |

| **Job Title** | Dyeing Research Intern | **Tenure** | June 2010-May2011 |
|---|---|---|---|
| **Employer** | Cotton Inc. | | |
| Provide a brief description of principal duties: | | | |
| Collaborated with different departments in performing fabric treatment for the Fabricast fashion line<br>Performed physical and spectrophotometric color analysis on research samples, assisted with foam dyeing research experiments | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| |
|---|
| American Board of Criminalistics Certification in Drug Analysis (ABC-DA), (first became certified June 21, 2021, current certificate expires July 31, 2031) |