| Testimony Date | FS Lab # | Court | Defendant |
|---|---|---|---|
| 11/29/2022 | W21-12876 | Augusta County Circuit | Anthony Nelson Lam |
| 03/28/2023 | W21-4271 | Lynchburg Circuit | Deshauna J'nai Jones |
| 05/10/2024 | W23-2528 | Rockingham County Circuit | Chavis Javon Barbour |
| 03/31/2025 | W23-12066 | Lynchburg Circuit | Jimmie Darrell Courville, IV |
| 06/03/2025 | W23-7696 | Patrick County Circuit | Brison Piece Wright (Different name on CoA, Bradley Graves) |
| 10/14/2025 | W24-8087 & 8088 | Beford Country Circuit | Jeffrey David Craighead (different name on CoA) |
| 2/6/2026 | W23-4207 | Buchanan Country Circuit | Brandon Adkins |
| 5/21/2026 | W23-11266 | Lynchburg Circuit | Charmaine Metell Ford |