Commonwealth of Virginia

COPY ORIGINAL

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

June 8, 2023

TO: CODY BISHOP
BIG STONE GAP POLICE DEPARTMENT
505 EAST FIFTH STREET
BIG STONE GAP, VA 24219

FS Lab # W23-5989

Your Case #: 23-9568

Victim(s): - - -

Suspect(s): STEWART, Stephen

Evidence Submitted By: USPS - 7009 0820 0001 1094 7789 Date Received: 06/05/2023
Sealed packaging which contained

Item 1 One plastic bag which contained off-white crystalline substance

RESULTS AND INTERPRETATIONS:

Item 1 1.7249 grams of substance including innermost packaging, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Date(s) of testing: 06/07/2023 - 06/08/2023. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Cristina Chilcott
Forensic Scientist

CSC
am
6/9/23



Rev. 7/05

USA-000778