# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Cristina Chilcott | **Date** | 1/16/2026 |
| **Laboratory** | VA Department of Forensic Science | **Section** | Controlled Substances |
| **Job Title** | Forensic Scientist Group Supervisor | **Subdiscipline(s)** | |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| University of Mississippi | August 2010- May 2011 | Forensic Chemistry | N/A |
| Radford University | August 2011- May 2014 | Chemistry | B.S. |
| Marshall University | August 2015-May 2017 | Forensic Science | M.S. |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| American Academy of Forensic Science Annual Conference | AAFS | February 2016 |
| 2019 Joint DFS-OCME Opioid Symposium | Tim McKibben | December 2019 |
| 2020 SWAFS Virtual Symposium- Drug Track | SWAFS/ Forensic Technology Center of Excellence | October 2020 |
| 2021 Current Trends in Seized Drugs Analysis | The Center for Forensic Science Research and Education | January 2021 |
| American Academy of Forensic Science Annual Conference | AAFS | February 2021 |
| Fundamentals for Supervisors Training | VCU Performance Management Group | October 2021 |
| 2022 Current Trends in Seized Drugs Analysis | The Center for Forensic Science Research and Education | January 2022 |
| 2023 Current Trends in Seized Drugs Analysis | The Center for Forensic Science Research and Education | January 2023 |
| Unleashing Leadership Mastery | CEO Authority—Dean Gialamas | September 2023 |
| Internal Audit Training | DFS-Alka Lohmann | December 2023 |
| 2024 Current Trends in Seized Drugs Analysis | The Center for Forensic Science Research and Education | January 2024 |
| ANAB Technical Assessor Training | ANAB | May 2024 |
| ASCLD Leadership Academy Level I | ASCLD | Jan 2025-April 2025 |
| 2025 Current Trends in Seized Drugs Analysis | The Center for Forensic Science Research and Education | January 2025 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Drug Analysis | 2018-Present | 19 |
| | | |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Associate CLIC Member | 2019-Present | |
| MAAFS Member | 2024-Present | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| **Job Title** | Forensic Scientist Group Supervisor | **Tenure** | February 2021 - present |
|---|---|---|---|
| **Employer** | VA Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| --Aids in the supervision of the Controlled Substances section and its day-to-day operations, to include management of the section's backlog, compliance to accreditation standards, state, and department procedures.<br>--Monitors and evaluates performance of five examiners and writes performance evaluations on an annual basis.<br>--Analyzes submitted evidence for the presence or absence of controlled substances, write Certificates of Analysis to findings, and provides testimony when needed. | | | |

| **Job Title** | Forensic Scientist I | **Tenure** | July 2017 - February 2021 |
|---|---|---|---|
| **Employer** | VA Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| --Analyzed submitted evidence for the presence or absence of controlled substances, completed Certificates of Analysis, and provided testimony when needed.<br>--Served as primary instrument operator and trainer for the FTIR. | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| |
|---|
| |