**Cristina Chilcott Testimony Information**

| Date | Jurisdiction | Level | Case Number | Defendants Name |
|---|---|---|---|---|
| 4/19/2018 | Amherst District | Circuit | W18-3074 | Sydney Nichole Wills |
| 12/13/2018 | Floyd Circuit | Circuit | W18-7936 | Chantelle Nicole Greenwood |
| 1/2/2019 | Amherst Circuit | District | W18-1042 | Brandon Keith Coffee |
| 9/26/2019 | Henry Circuit | Circuit | W18-5123 | Billy Joe Plaster |
| 10/9/2019 | Martinsville Circuit | Circuit | W18-8001 | Draquonteous Finney |
| 3/2/2020 | Martinsville Circuit | Circuit | W18-10469 | Megan Nicole Dalton |
| 5/20/2020 | Martinsville Circuit | Circuit | W18-12489 | Michael Lynn Hopkins & Kevin Paul Clifton |
| 9/9/2020 | Martinsville Circuit | Circuit | W18-8789 | Tracy Ray Hairston |
| 5/28/2021 | Washington Circuit | Circuit | W19-15105 | Christopher Orion Bias |
| 6/3/2021 | Frederick Circuit | Circuit | N19-10478 | Todd Lynn Lewis |
| 10/25/2021 | Bristol Circuit Court | Circuit | W20-5835 | Trevis Lightfoot |
| 1/11/2023 | Lynchburg Circuit Court | Circuit | W21-11450 | Dwayne Moorman |
| 1/19/2023 | Tazewell Circuit Court | Circuit | W20-7697 | Stephen Dale Bunker |
| 11/14/2023 | Henry Circuit Court | Circuit | W22-10198 and W22-10200 | Jammie Keith |
| 5/23/2024 | Danville Circuit Court | Circuit | W22-5737 | Kalob Jones |
| 8/13/2024 | Lynchburg Circuit Court | Circuit | W23-1504 | Kevin Rucker |
| 9/16/2024 | Lynchburg Circuit Court | Circuit | W24-3460 | Russell Joseph Goulas |
| 9/19/2025 | Henry Circuit Court | Circuit | W25-774 | Jonathan Lamar Hairston |
| 3/27/2026 | Buchanan County Circuit Court | Circuit | W24-10993 | Tommy Hurley |
| 7/27/2026 | Lynchburg Circuit Court | Circuit | W23-6963 | Rhontae Harris |
| 8/24/2026 | Lynchburg Circuit Court | Circuit | W25-10140 | John Stephen Thurman |