Commonwealth of Virginia

COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

April 3, 2024

TO: LARRY MULLINS
WISE COUNTY SHERIFF'S OFFICE
P O BOX 916
WISE, VA 24293

FS Lab # W24-3077

Your Case #: 24-4601

Victim(s): - - -

Suspect(s): DEARRY, Danny Ray

Evidence Submitted By: USPS - 7013 2630 0001 0903 8296 Date Received: 03/25/2024

Sealed packaging which contained

Item 1 One ziplock plastic bag which contained off-white crystalline substance

RESULTS AND INTERPRETATIONS:

Item 1 27.62 ± 0.04 grams of substance, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Measurement uncertainty of weight measurements is reported at a 95.45% level of confidence.

Date(s) of testing: 03/29/2024 - 04/03/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Sarah Blake
Sarah Blake
Forensic Scientist

SB
RMM
4/3/24



Rev. 7/05

Wise