# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Sarah Blake | **Date** | February 4, 2026 |
| **Laboratory** | DFS Western Lab: Roanoke, VA | **Section** | Controlled Substances |
| **Job Title** | Forensic Scientist | **Subdiscipline(s)** | |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Marshall University | 2016-2018 | Forensic Chemistry, CSI, Digital Forensics | M.S.F.S |
| Alma College | 2012-2016 | Chemistry | B.S. |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| 2025 Current Trends in Seized Drug Analysis Online Forensic Symposium | CFSRE | 01/13/25 – 01/17/25 |
| 2024 Current Trends in Seized Drug Analysis Online Forensic Symposium | CFSRE | 01/22/24 – 01/26/24 |
| 2023 Current Trends in Seized Drug Analysis Online Forensic Symposium | CFSRE | 01/23/23 – 01/26/23 |
| September 2022 Virtual DEA Forensic Chemist Seminar | DEA | 09/12/22 – 09/16/22 |
| 2022 Current Trends in Seized Drug Analysis Online Forensic Symposium | CFSRE | 01/24/22, 01/27/22, 01/28/22 |
| Clandestine Lab Training | DFS | 07/2021 – 10/2021 |
| 2021 Current Trends in Seized Drug Analysis Online Forensic Symposium | CFSRE | 01/18/21, 01/20/21, 01/22/21 |
| SWAFS Virtual Symposium 2020 | Forensic Technology Center of Excellence | 10/05/20, 10/06/20, 10/08/20 |
| Marijuana or Hemp: From Farm Bill to Forensic Analysis | RTI International webinar | 01/15/20 |
| 2019 Joint DFS-OCME Opioid Symposium | DFS | 12/04/19 |
| Professional Orientation School For New Forensic Scientists | Critical Victories | 07/15/19 - 07/23/19 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Controlled Substances | April 2020 - Present | 7 |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Clandestine Laboratory Investigating Chemists Association (CLIC) | September 2021 -- Present | Associate Member |
| American Chemical Society | January 2015 -- 2024 | Member |
| Delta Delta Epsilon – Zeta Chapter | February 2017 – May 2018 | Graduate Member |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| **Job Title** | Forensic Scientist | **Tenure** | April 2020 -- Present |
|---|---|---|---|
| **Employer** | Virginia Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| Analyze evidence for presence or absence of controlled substances, generate reports based on findings, and testify when necessary | | | |

| **Job Title** | Forensic Scientist Trainee | **Tenure** | May 2019 – April 2020 |
|---|---|---|---|
| **Employer** | Virginia Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| Completed the DFS Forensic Scientist Training program. | | | |

| **Job Title** | Graduate Research Assistant | **Tenure** | September 2016 – May 2018 |
|---|---|---|---|
| **Employer** | Marshall University | | |
| Provide a brief description of principal duties: | | | |
| Performed protein extraction, ran samples on HPLC, and processed data in excel. | | | |

| **Job Title** | Intern | **Tenure** | June 2017 -- August 2017 |
|---|---|---|---|
| **Employer** | West Virginia State Police | | |
| Provide a brief description of principal duties: | | | |
| Validate GC-MS for ignitable liquids | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

"Validation of GCMS for Ignitable Liquids" November 2017, Presentation at Marshall University
"Validation of GCMS for Ignitable Liquids Analysis" August 2017, Research paper at Marshall University
"Simulating Asteroid Disruption with Pumice and NWA 869" April 2016, Poster at Alma College Honors Day
"Meteorite Disruption with Varying Speeds and Sizes of Projectiles" March 2016, Poster at Lunar and Planetary Science Conference
Asteroid Impact Research June 2013 – May 2016

Flynn, George & Durda, Daniel & Patmore, Emma & Jack, Sarah & Molesky, Mason & May, Brian & Congram, Spenser & Strait, Melissa & Macke, Robert. (2018). Hypervelocity cratering and disruption of the Northwest Africa 869 ordinary chondrite meteorite: Implications for crater production, catastrophic disruption, momentum transfer and dust production on asteroids. Planetary and Space Science. 164. 10.1016/j.pss.2018.06.019.
Flynn, George & Durda, D.D. & Patmore, E.B. & Jack, S.J. & Molesky, Mason & May, B.A. & Strait, M.M. & Macke, R.J.. (2017). Hypervelocity impact cratering of chondritic meteorites: Implications for asteroid recoil. Procedia Engineering. 204. 146-153. 10.1016/j.proeng.2017.09.767.