Expert Testimony Sarah Blake

| Date | Court | Defendant |
|---|---|---|
| 5/18/2022 | Lynchburg Circuit Court | Christopher Whately |
| 12/6/2022 | Henry Circuit Court | Laviano Hird |
| 3/13/2023 | Henry Circuit Court | Darell Hairston |
| 6/27/2023 | Henry Circuit Court | Darell Hairston |
| 1/17/2024 | Campbell Circuit Court | Regina Jackson |
| 3/19/2024 | Lynchburg Circuit Court | De'yon Tjuan Williams |
| 8/26/2025 | Augusta Circuit Court | Eugene Ross Cousins |