Commonwealth of Virginia

ORIGINAL COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

February 23, 2024

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

TO: K. N. HARVEL
DEPARTMENT OF STATE POLICE
355 CLYDESWAY RD
LEBANON, VA 24266

FS Lab # W24-1094

Your Case #: 24-1986

Victim(s): - - -

Suspect(s): MULLINS, Eric Bud

Evidence Submitted By: USPS - 7020 0640 0001 8120 8184 Date Received: 02/01/2024

Sealed packaging which contained

Item 1 One (1) ziplock plastic bag which contained off-white crystalline substance

RESULTS AND INTERPRETATIONS:

Item 1 $82.65 \pm 0.04$ grams of substance, found to contain Methamphetamine (Schedule II). [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Measurement uncertainty of weight measurements is reported at a 95.45% level of confidence.

The evidence will be returned via United Parcel Service.

Date(s) of testing: 02/21/2024 - 02/23/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Zachary R. Lutz
Forensic Scientist

ZRL
AS
2/26/24



Rev. 7/05

Wise