# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Zachary R. Lutz | **Date** | July 24, 2026 |
| **Laboratory** | Western Laboratory | **Section** | Controlled Substance |
| **Job Title** | Forensic Scientist | **Subdiscipline(s)** | |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| **West Virginia University** | 2012-2016 | **Forensic Science/Chemistry** | B.S |
| | | | |
| | | | |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| 2025 Current Trends in Seized Drug Analysis | Center for Forensic Science Research and Education | 01/13/2025-01/17/2025 |
| 2024 Current Trends in Seized Drug Analysis | Center for Forensic Science Research and Education | 01/22/2024-01/26/2024 |
| 2023 Current Trends in Seized Drug Analysis | Center for Forensic Science Research and Education | 01/23/2023-01/27/2023 |
| DEA Forensic Chemist Seminar | DEA | 09/12/2022-09/16/2022 |
| 2022 Current Trends in Seized Drug Analysis | Center for Forensic Science Research and Education | 01/24/2022-01/28/2022 |
| 2021 Current Trends in Seized Drug Analysis | Center for Forensic Science Research and Education | 01/18/2021-01/22/2021 |
| SWAFS Virtual Symposium | National Institute of Justice; Research Triangle Institute International | 10/05/2020-10/08/2020 |
| Opioid Training – Advanced Training | Synthcon LLC | 12/09/2019 |
| Professional Orientation School for New Forensic Scientists | Forensic Science Center for Occupational Integrity: Critical Victories | 01/11/2019 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Controlled Substance | Sept 2019 – Present | 5 |
| | | |
| | | |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| **Job Title** | Forensic Scientist | **Tenure** | 09/2018-Present |
|---|---|---|---|
| **Employer** | Virginia Department of Forensic Science | | |
| Provide a brief description of principal duties: | | | |
| Conduct analysis for the presence or absence of controlled substances, prepare certificates of analysis of findings, provide technical assistance to law enforcement agencies and courts, and provide testimony as needed. | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.