# COMMONWEALTH of VIRGINIA

## DEPARTMENT OF FORENSIC SCIENCE

DEPARTMENT OF FORENSIC SCIENCE
WESTERN LABORATORY
A Nationally Accredited Laboratory

6600 NORTHSIDE HIGH SCHOOL ROAD
ROANOKE, VIRGINIA 24019-2837
(540) 561-6600 FAX (540) 561-6608

TO: Stephen Levesque
Special Agent at the Bureau of Alcohol, Tobacco, Firearms and Explosives

FROM: Zachary Lutz
DFS Forensic Scientist

SUBJECT: Rule 16(a)(1)(G) Notice of Expert Testimony in *United States v. [MULLINS, Eric Bud]*
FS Lab No: W24-1094

DATE: 07/24/2026

1. The following notice of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G). This report, its attachments, and the referenced documents taken collectively are intended to provide a complete statement of my opinion(s), and the base(s) supporting the opinion(s). However, they are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial.

2. My name is Zachary Lutz.

3. I am employed by the Virginia Department of Forensic Science (DFS) as a Forensic Scientist in the Western Laboratory Controlled Substances Section. I was so employed when I conducted the examinations described below.

4. DFS is currently accredited by the ANSI National Accreditation Board (ANAB), which requires conformance to the ISO/IEC 17025 International Standard and ANAB developed accreditation requirements specific to forensic science testing and calibration laboratories. DFS has been accredited since 1989.

5. My qualifications to interpret the results and to express an opinion as to the identity of the items described on the attached Certificate(s) of Analysis are based on my knowledge, skills, experience, training, and education. In addition to the information included below, my qualifications are further described in my Statement of Qualifications, which is provided as "Attachment A" to this summary.

a. Summary of Court Testimony

I have offered testimony in federal and/or state court and/or given deposition testimony in the following cases in the last four years:

| Date | Court (Locality and Level) | Defendant |
|---|---|---|
| 2024 June 13 | Abington (Federal) | PAGE, Billy Wayne |
| 2024 June 28 | Wise (State) | RUSSELL, Dennis Wayne |
| 2025 June 03 | Patrick (State) | WRIGHT, Brison Pierce |
| 2026 Feb 23 | Roanoke City (State) | ROSSER, Sean |

This list is provided to the best of my recollection after reviewing the Department's records in the Laboratory Information Management System.

b. I have authored no publications in the last 10 years.

6. The chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results as set forth in the Certificate(s) of Analysis dated February 23, 2024 are provided as "Attachment B" to this summary. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the DFS Controlled Substances Procedures Manual and DFS Quality Manual in effect at the time of the analysis. The current versions of those manuals may be found at https://dfs.virginia.gov/wp-content/uploads/221-D100-Controlled-Substances-Procedures-Manual.pdf and https://dfs.virginia.gov/wp-content/uploads/100-D100-DFS-Quality-Manual-1.pdf If needed, the procedures manual in effect at the time of testing can be provided upon request.

7. The analytical methods used in the analysis are validated and/or verified according to our quality system, which includes quality assurance and quality control, to ensure that the methods are reliable (i.e., scientifically valid and fit-for-purpose). The techniques utilized are generally accepted in the scientific and forensic community.

8. I can answer any questions that either party may have regarding this summary, the Certificate(s) of Analysis, the DFS Controlled Substances Procedures Manual, or my analysis of the items in this case. I can be reached at (540) 283-5997 to schedule a call or meeting to address any questions. The Department's "case file" including all examination and chain of custody documentation, can be provided to either party upon request. If these records are needed, the parties can contact the DFS Legal Department, 8850 Times Dispatch Blvd, Suite 100, Mechanicsville, VA 23116 or William.Wittenbrook@dfs.virginia.gov.

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I approve the above disclosure.

Zachary Lutz
Forensic Scientist

07/24/2026
Date

Attachments A and B