Commonwealth of Virginia

ORIGINAL COPY

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Western Laboratory
6600 Northside HS Road
Roanoke, VA 24019

Tel. No.: (540) 561-6600
Fax: (540) 561-6608

February 29, 2024

TO: C. DILLMAN
LEE COUNTY SHERIFF'S OFFICE
P O BOX 177
JONESVILLE, VA 24263

FS Lab # W24-1589

Your Case #: 24-281, L23-153

Victim(s): - - -

Suspect(s): MULLINS, Eric

Evidence Submitted By: USPS - 7022 1670 0002 0315 5539 Date Received: 02/15/2024
Sealed packaging which contained

Item 1 Three ziplock plastic bags each of which contained crystalline material

RESULTS AND INTERPRETATIONS:

Item 1 The contents of three were analyzed separately and each was found to contain Methamphetamine (Schedule II); total net weight of the three: 39.789 ± 0.020 grams of crystalline material. [Methods: WM, CT, TLC and GC-MS]

Methods: Weight Measurement (WM), Color Tests (CT), Thin Layer Chromatography (TLC) and Gas Chromatography-Mass Spectrometry (GC-MS)

Measurement uncertainty of weight measurements is reported at a 95.45% level of confidence.

Date(s) of testing: 02/28/2024 - 02/29/2024. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Controlled Substances Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence will be returned via United Parcel Service.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Derek N. Price
Forensic Scientist

DNP
TM
03/01/2024



Rev. 7/05