# VIRGINIA DEPARTMENT OF FORENSIC SCIENCE
## Statement of Qualifications

| | | | |
|---|---|---|---|
| **Name** | Derek Price | **Date** | July, 2026 |
| **Laboratory** | Western Lab (Roanoke, VA) | **Section** | Controlled Substances |
| **Job Title** | Forensic Scientist Sr. | **Subdiscipline(s)** | General Chemical (Trace) |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| VPI & SU | 8/2000 – 5/2005 | Chemistry | B.A. |
| | | | |
| | | | |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| 2025 Current Trends in Seized Drug Analysis Symposium | CFSRE | January 2025 |
| MAAFS Presentations | VA state section meeting | 09/2025 |
| CLIC Meeting / Presentations | VA state section meeting | 09/2025 |
| CLIC forum | CLIC members ongoing forum | 01/2026 |
| | | |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Controlled Substances | 11/14/2006 - Present | 71 |
| | | |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Clandestine Laboratory Investing Chemists (CLIC) | 2012 - Present | Regular Member |
| Mid-Atlantic Association of Forensic Scientist (MAAFS) | 2012 - Present | Regular Member |
| | | |
| | | |
| | | |

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. **List current position first**. Add additional sections as necessary.

| | | | |
|---|---|---|---|
| **Job Title** | Foresnsic Scientist Sr. | **Tenure** | 11/14/2006 - Present |
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| To perform forensic chemical analyses of suspected controlled substances, including those related to the manufacture of methamphtamine, which are submitted by law enforcement agencies. The analyses include the use of current state of the art instrumentation and | | | |

| |
|---|
| methodologies used in the forensic community. I report my findings and conclusions in a Certificate of Analyses to be used in the criminal justice system and I testify as an expert witness in the criminal proceedings to the results of my analyses. |

| **Job Title** | Fellow | **Tenure** | 3/1/2006 – 11/14/2006 |
|---|---|---|---|
| **Employer** | Virginia Institute of Forensic Science and Medicine | | |
| Provide a brief description of principal duties: | | | |
| As a fellow I trained at the Virginia Department of Forensic Science Western Laboratory under the direct supervision of two Forensic Chemists in the controlled substances division. This was an ASCLD/LAB accredited training program. During this time I was trained how to perform forensic chemical analyses of suspected controlled substances. This included the use of current state of the art methodologies and instrumentation used to analyze controlled substances and how to interpret test results and report those findings in a Certificate of Analysis for use by the criminal justice system. I was also trained on proper courtroom testimony. | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| |
|---|
| Research of Over the Counter (OTC) analgesics utilizing High Performance Liquid Chromatography (HPLC) to determine the actual percent of active ingredients present in the pain relief tablets. Methods included using standards such as acetylsalicylic acid and acetaminophen to produce calibration curves, observing retention times and using UV-VIS spectrometry to calibrate the detector. |