| Examiner | Reviewer | Date | Jurisdiction | Status | Subpoena | Defendant |
|---|---|---|---|---|---|---|
| Price, Derek N. | | 5/[illegible]9/2026 8:45 AM | Waynesboro - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Patterson, Sabrina Denise |
| Price, Derek N. | Blake, Ryan | 4/28/2026 9:00 AM | U.S. District Court,Roanoke - Feder - Federal | Appeared and Testified | Normal | Subpoena: Bradbury, Kevin Shane |
| Price, Derek N. | | 9/15/2025 8:30 AM | Danville - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Walker, Brandon Marqui |
| Price, Derek N. | Hutchison, Rebecca M. | 9/4/2025 8:45 AM | Waynesboro - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: McMillan, Johnathan Wesley |
| Price, Derek N. | | 7/30/2025 9:00 AM | Dickenson County - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Hagy, Donald Ray |
| Price, Derek N. | | 1/15/2025 9:00 AM | Dickenson County - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Baker, Clayton |
| Price, Derek N. | | 12/16/2024 8:45 AM | Roanoke City - Circuit Court - Circuit Court | Appeared and Testified | Normal | |
| Price, Derek N. | | 9/26/2024 3:00 PM | Roanoke County - Circuit Court - Circuit Court | Appeared and Testified | Normal | |
| Price, Derek N. | Brill, Melissa V. | 7/25/2024 8:45 AM | Waynesboro - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Dillard, Joseph Markelle |
| Price, Derek N. | | 5/9/2024 10:00 AM | U.S. District Court,Abingdon - Fede - Federal | Appeared and Testified | Normal | Subpoena: Gray, Christopher Kirk |
| Price, Derek N. | | 12/7/2023 9:00 AM | Bristol - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Lane, Nicole |
| Price, Derek N. | | 5/2/2023 1:30 PM | Bristol - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Thomas, Adam Chandler |
| Price, Derek N. | | 12/13/2022 9:00 AM | Lee County - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Adams, Carlton |
| Price, Derek N. | Hokanson, Stephen | 6/7/2022 9:00 AM | Montgomery County - Circuit Court - Circuit Court | Appeared and Testified | Normal | Subpoena: Broome, Donald L. |
| Price, Derek N. | | 4/1/2022 9:00 AM | Pittsylvania County - Circuit Court - Circuit Court | Appeared and Testified | Normal | |